IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **ICON HEALTH & FITNESS, INC.,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.   5:08-CV-00026 |
| | ) | |
| **HORIZON FITNESS, INC.; EPIX, INC.,** | ) | |
| **d/b/a VISION FITNESS; MATRIX** | ) | **Judge David Folsom** |
| **FITNESS SYSTEMS, CORP.; JOHNSON** | ) | |
| **HEALTH TECH NORTH AMERICA,** | ) | **Magistrate Judge Caroline Craven** |
| **INC.; JOHNSON HEALTH TECH CO.** | ) | |
| **LTD.; KEYS FITNESS PRODUCTS, INC.;** | ) | **Jury Trial Demanded** |
| **KEYS FITNESS PRODUCTS, L.P.;** | ) | |
| **SPIRIT MANUFACTURING, INC.;** | ) | |
| **FITNESS EQUIPMENT SERVICES, LLC,** | ) | |
| **d/b/a SOLE FITNESS; DYACO** | ) | |
| **INTERNATIONAL, INC.; TRUE FITNESS** | ) | |
| **TECHNOLOGY, INC.; TECHNOGYM** | ) | |
| **USA CORP.; and TECHNOGYM** | ) | |
| **INTERNATIONAL, SPA,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On the basis of the filed Stipulation and with good cause appearing, the Court hereby orders that all claims (including counterclaims and defenses) ICON Health & Fitness, Inc. and defendants Horizon Fitness, Inc.; Epix, Inc., d/b/a Vision Fitness; Matrix Fitness Systems, Corp.; Johnson Health Tech North America, Inc.; Johnson Health Tech Co. LTD.;  (collectively "the Johnson Defendants") have brought against each other in this action are dismissed with prejudice.  Each party is to bear its own fees and costs in connection with this action and its

- 2 -

dismissal.

   **IT IS SO ORDERED**

   **SIGNED this 23rd day of June, 2009.**

   _____
   DAVID FOLSOM
   UNITED STATES DISTRICT JUDGE